THE STATE *ex rel.* ALEXIAN BROTHERS HOSPITAL v. POWERS, *Appellant.*

**Taxation, Exemption from**: CHARITABLE INSTITUTION. A hospital building is not excluded from the benefits of a statute exempting from taxation property used for "purposes purely charitable," merely because certain patients therein pay for what they receive, where it appears that any profit derived therefrom is applied exclusively to the charitable purposes of the institution.[*]

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Leverett Bell* for appellant.

*A. J. P. Garesche* for respondent.

HENRY, J.—This was a proceeding in the nature of a mandamus to compel the city assessor to strike from the list of taxable property one acre of land and improvements thereon in the city of St. Louis, owned by relator, on the ground that it is "exclusively * * for purposes purely charitable, and is, therefore, not subject to taxation." A full statement of the case will be found in 10 Mo. App. 263. The judgment of the circuit court was for relator. On appeal to the court of appeals, that judgment was affirmed, and the city assessor has appealed to this

---

[*]This syllabus is taken from 10 Mo. App. 263.

court.  A careful examination of the opinion delivered in this cause by the court of appeals, and of the authorities cited, has satisfied us with the argument and conclusions of that court, and its judgment is affirmed.  Hough and Ray, JJ.. concur.  Sherwood, C. J., and Norton, J.. dissent.